**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joshua T. Pugh
Debtor(s)

CHAPTER 13

BKY. NO. 26-22149 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PrimeLending, A PlainsCapital Company and index same on the master mailing list.

Respectfully submitted,

/s/Matthew Fissel
Matthew Fissel
10 Aug 2026, 12:15:02, EDT

Matthew Fissel, Esq. (314567) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com