**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joshua T. Pugh,<br><br>Debtor<br><br>Prime Lending, a PlainsCapital Company, its successors and/or assigns,<br><br>Movant<br><br>vs.<br><br>Joshua T. Pugh,<br><br>Respondent. | Bankruptcy Case No. 26-22149 JCM<br><br>Chapter 13<br><br>Related to Document No. 22 |

**CERTIFICATE OF SERVICE**

I, Jana S. P ail, certify under penalty of perjury that a copy of the Response to Objection of PrimeLending, A PlainsCapital Company, Its Successors and/or Assigns to Confirmation of Chapter 13 Plan was served on the following via CM/ECF this 27th day of August 2026:

Matthew Fissel on behalf of Creditor PRIMELENDING, A PLAINSCAPITAL COMPANY
bkgroup@kmllawgroup.com , wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Respectfully Submitted,

/s/ Jana S. Pail
Jana S. Pail
Pa. I.D. No. 88910
1178 Driftwood Drive
Pittsburgh, PA 15243
JPail@Paillaw.com
Tel: (412) 400-3833